REBECCA BRUCH, ESQ. (SBN 7289)
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo Street
Reno, Nevada 89509
Tel. (775)786-3930
Fax. (775)786-4160
rbruch@etsreno.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JENAE S. ASIRE,<br><br>Plaintiff,<br><br>v.<br><br>CARSON CITY SCHOOL DISTRICT, RICHARD STOKES<br><br>Defendants. | Case No. 3:20-cv-00039-RCJ-WGC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED between the parties that Defendants CARSON CITY SCHOOL DISTRICT and RICHARD STOKES shall have an additional two weeks to file their response to Plaintiff's *Complaint (Jury Demand)* (ECF No. 1). The response was originally due on February 21, 2020 and shall now be due on March 3, 2020.

[Remainder of page intentionally left blank.]

1

This request is made not as an attempt to delay but to allow Defendant time to fully prepare a response to the complaint.

RESPECTFULLY SUBMITTED this 14th day of February, 2020.

                              ERICKSON, THORPE & SWAINSTON, LTD

                              By: _/s/ Rebecca Bruch_____
                                  REBECCA BRUCH, ESQ. (SBN 7289)
                                  99 West Arroyo Street
                                  Reno, Nevada 89509

RESPECTFULLY SUBMITTED this 14th day of February, 2020.

                              By: _/s/Jenae S. Asire_____
                                  JENAE S. ASIRE
                                  14 Narcissa Street
                                  Struthers, OH
                                  (775)221-2533
                                  Jenae.asire@gmail.com

## **ORDER**

Based on the above and forgoing stipulation and good cause appearing, it is hereby ORDERED that Defendant shall have until March 3, 2020 to file its response to Plaintiff's *Complaint (Jury Demand)*.

Dated: February 18, 2020.

                              *William G. Cobb*_____
                              United States Magistrate Judge